UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON T. KING,<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL D. HAUSFELD, *et al.*,<br><br>       Defendants.<br>_____/ | No. C-13-0237 EMC<br><br>**ORDER DENYING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO TEMPORARILY SEAL COMPLAINT AS MOOT**<br><br>**(Docket No. 5)** |

       On January 18, 2013, Defendants filed an *ex parte* motion to temporarily seal the complaint in this case, alleging that the complaint contained confidential information about Defendants' clients, the firm's finances, and litigation strategies in unrelated cases. Docket No. 5. The Court ordered the parties to meet and confer to attempt to reach stipulations as to which parts of the complaint, if any, should be redacted in the publicly available version of the document. Docket No. 18.

       On February 13, Defendants filed a response to this Court's order, indicating that Plaintiff had disseminated the complaint, that as a result the complaint was now available on the internet, and that the request to seal the complaint was now moot. Docket No. 21. It appears that part, if not all, of Plaintiff's dissemination of the complaint occurred before Defendants filed their application to seal. Docket No. 5 at 3 n.2. Plaintiff filed a response on February 14, 2013. Docket No. 22. Plaintiff objects to Defendant's response as procedurally improper and containing incorrect or misleading factual representations. Plaintiff does not, however, dispute that Defendant's request to seal the complaint is now moot.

As the parties appear to agree that Defendant's request to seal the complaint is now moot, Defendants' *ex parte* application to seal the complaint is **DENIED**. This Court makes no findings as to the timing or propriety of any actions on the part of Plaintiff in disseminating the complaint.

This order disposes of Docket No. 5.

IT IS SO ORDERED.

Dated:  February 15, 2013

_____
EDWARD M. CHEN
United States District Judge