United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON T. KING,                                          No. C-13-0237 EMC

       Plaintiff,

    v.                                              **ORDER RE PLAINTIFF'S**
                                                       **EVIDENTIARY OBJECTIONS**
MICHAEL D. HAUSFELD and
HAUSFELD LLP,

       Defendants.

_____/

      Plaintiff has filed various evidentiary objections to the declaration of Brent T. Landau, filed by Defendants in support of their motion to dismiss.  Docket No. 24.  In addition, Plaintiff requests leave to file a supplementary declaration regarding certain facts asserted in the Landau Declaration and Defendant's Reply.

      Plaintiff's request to file a supplementary declaration is **GRANTED**; he may file a declaration by noon on Thursday, February 28, 2013.  Additionally any party who wishes this Court to consider the contents of certain documents shall file properly authenticated copies of the documents with this Court by no later than noon on Thursday, February 28, 2013.  *See* F.R.E. 1002.

      IT IS SO ORDERED.

Dated:  February 26, 2013

                                        _____
                                        EDWARD M. CHEN
                                        United States District Judge