VENABLE LLP
Daniel P. Hoffer (SBN 173812)
Jennifer Levin (SBN 252420)
Email:   dhoffer@venable.com
         jlevin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendants Michael
D. Hausfeld and Hausfeld LLP

Jon T. King (Cal. Bar No. 205073)
LAW OFFICES OF JON T. KING
856 Walbrook Ct.
Walnut Creek, CA 94598
Telephone: (925) 698-1025
Email: jtk70@comcast.net

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON T. KING<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL D. HAUSFELD and HAUSFELD LLP<br><br>    Defendants. | CASE NO. C-13-0237 EMC<br><br>Hon. Edward M. Chen<br>Courtroom 5<br><br>**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>**Current CMC:**  April 18, 2013<br><br>**Proposed CMC:**  May 30, 2013<br><br>Action Filed: January 17, 2013 |

Plaintiff Jon T. King ("Plaintiff") and Defendants Michael D. Hausfeld and Hausfeld LLP ("Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

A. On January 17, 2013, Plaintiff filed a complaint for Wrongful Termination in Violation of Public Policy against Defendants.

B. On January 22, 2013, Defendants filed a motion to dismiss or, alternatively, for an immediate stay of the case ("Motion").

C. On March 7, 2013, the Court issued a Minute Order stating that it would take Defendants' Motion under submission.

D. A Case Management Conference in this case is currently set for April 18, 2013 at 9:00 a.m. in Courtroom 5 of the above-captioned court.

E. Good cause exists to reschedule the upcoming Case Management Conference because the question of the proper forum for adjudication of this action – judicial or arbitral – has yet to be determined. Accordingly, the resources of the Parties and the Court are best conserved by the requested continuance, which does not prejudice the rights of either Party. Additionally, if the Motion is granted, the Case Management Conference will be moot; and, if denied, the Case Management Conference only minimally delayed.

## AGREEMENT

1. The Recitals set forth above are incorporated by this reference as though fully set forth herein.

1

STIPULATED REQUESTED TO RESCHEDULE CMC (C-13-0237-EMC)

2. The Case Management Conference shall be continued to May 30, 2013, or such other time as convenient for the Court.

Dated: April 4, 2013                    VENABLE, LLP

                                        By: /s/   Daniel P. Hoffer
                                        Daniel P. Hoffer
                                        Jennifer Levin
                                        Attorneys for Defendants Michael D. Hausfeld and Hausfeld LLP

Dated: April 4, 2013                    LAW OFFICES OF JON T. KING

                                        By: /s/ Jon. T. King
                                        Jon T. King
                                        Counsel for Plaintiff

2
STIPULATED REQUESTED TO RESCHEDULE CMC (C-13-0237-EMC)

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.

Dated: April 4, 2013                    VENABLE, LLP

By: /s/   Daniel P. Hoffer
Daniel P. Hoffer
Jennifer Levin
Attorneys for Defendants Michael D. Hausfeld and Hausfeld LLP

## CERTIFICATE OF SERVICE

I, Daniel P. Hoffer, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of VENABLE LLP, and my office is located at 2049 Century Park East, Suite 2100, Los Angeles, CA 90067.

On April 4, 2013, I caused to be filed the following: **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Daniel P. Hoffer
Daniel P. Hoffer

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON T. KING<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL D. HAUSFELD and<br>HAUSFELD LLP<br><br>    Defendants. | CASE NO. C-13-0237 EMC<br><br>Hon. Edward M. Chen<br>Courtroom 5<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE<br><br>Action Filed: January 17, 2013 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

The Court, having read and considered the Stipulated Request to Reschedule Case Management Conference, hereby GRANTS the stipulated request.

IT IS HEREBY ORDERED that the Case Management Conference is continued to May 30, 2013 at 9:00 a.m. in Courtroom 5 of the above-captioned court.

DATED: 4/8/13 _____



Hon. Judge Edward M. Chen

1

[PROPOSED] ORDER (C-13-0237-EMC)

# CERTIFICATE OF SERVICE

I, Daniel P. Hoffer, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of VENABLE LLP, and my office is located at 2049 Century Park East, Suite 2100, Los Angeles, CA 90067.

On April 4, 2013, I caused to be filed the following: **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Daniel P. Hoffer
Daniel P. Hoffer

1

[PROPOSED] ORDER (C-13-0237-EMC)