1   VENABLE LLP
    Daniel P. Hoffer (SBN 173812)
2   Jennifer Levin (SBN 252420)
    Email:   dhoffer@venable.com
3            jlevin@venable.com
    2049 Century Park East, Suite 2100
4   Los Angeles, CA  90067
    Telephone:   (310) 229-9900
5   Facsimile:   (310) 229-9901

6   Attorneys for Defendants Michael
    D. Hausfeld and Hausfeld LLP
7

8   Jon T. King (Cal. Bar No. 205073)
    LAW OFFICES OF JON T. KING
9   856 Walbrook Ct.
    Walnut Creek, CA 94598
10  Telephone: (925) 698-1025
    Email: jtk70@comcast.net

11  Counsel for Plaintiff

12

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  JON T. KING                         CASE NO. C-13-0237 EMC

17                  Plaintiff,          Hon. Edward M. Chen
                                        Courtroom 5
18          v.
                                        **STIPULATED REQUEST TO**
19  MICHAEL D. HAUSFELD and             **RESCHEDULE CASE**
    HAUSFELD LLP                        **MANAGEMENT**
20                                      **CONFERENCE**
                    Defendants.
21                                      **Current CMC:    April 18, 2013**

22                                      **Proposed CMC:  May 30, 2013**

23                                      Action Filed:  January 17, 2013

24

25

26

27

28

*(left margin, vertical text)* **VENABLE LLP** 2049 CENTURY PARK EAST, SUITE 2100 LOS ANGELES, CA  90067 310-229-9900

Plaintiff Jon T. King ("Plaintiff") and Defendants Michael D. Hausfeld and Hausfeld LLP ("Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

A.     On January 17, 2013, Plaintiff filed a complaint for Wrongful Termination in Violation of Public Policy against Defendants.

B.     On January 22, 2013, Defendants filed a motion to dismiss or, alternatively, for an immediate stay of the case ("Motion").

C.     On March 7, 2013, the Court issued a Minute Order stating that it would take Defendants' Motion under submission.

D.     A Case Management Conference in this case is currently set for April 18, 2013 at 9:00 a.m. in Courtroom 5 of the above-captioned court.

E.     Good cause exists to reschedule the upcoming Case Management Conference because the question of the proper forum for adjudication of this action – judicial or arbitral – has yet to be determined.  Accordingly, the resources of the Parties and the Court are best conserved by the requested continuance, which does not prejudice the rights of either Party.  Additionally, if the Motion is granted, the Case Management Conference will be moot; and, if denied, the Case Management Conference only minimally delayed.

## AGREEMENT

1.     The Recitals set forth above are incorporated by this reference as though fully set forth herein.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

STIPULATED REQUESTED TO RESCHEDULE CMC (C-13-0237-EMC)

1    2.    The Case Management Conference shall be continued to May 30,

2    2013, or such other time as convenient for the Court.

3

4    Dated: April 4, 2013                    VENABLE, LLP

5                                            By: /s/ Daniel P. Hoffer
                                             _____
6                                            Daniel P. Hoffer
                                             Jennifer Levin
7                                            Attorneys for Defendants Michael D.
                                             Hausfeld and Hausfeld LLP
8

9    Dated: April 4, 2013                    LAW OFFICES OF JON T. KING

10                                           By: /s/ Jon. T. King
                                             _____
11                                           Jon T. King
                                             Counsel for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

STIPULATED REQUESTED TO RESCHEDULE CMC (C-13-0237-EMC)

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B., I hereby attest that the other signatories to this filing have concurred in this filing.


Dated:  April 4, 2013                                   VENABLE, LLP

                                                        By:   /s/   Daniel P. Hoffer
                                                        Daniel P. Hoffer
                                                        Jennifer Levin
                                                        Attorneys for Defendants Michael D.
                                                        Hausfeld and Hausfeld LLP

STIPULATED REQUESTED TO RESCHEDULE CMC (C-13-0237-EMC)

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

# CERTIFICATE OF SERVICE

I, Daniel P. Hoffer, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner in the law firm of VENABLE LLP, and my office is located at 2049 Century Park East, Suite 2100, Los Angeles, CA 90067.

On April 4, 2013, I caused to be filed the following: **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Daniel P. Hoffer
Daniel P. Hoffer

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

STIPULATED REQUESTED TO RESCHEDULE CMC (C-13-0237-EMC)

1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
11

JON T. KING

12

               Plaintiff,

13

v.

14

MICHAEL D. HAUSFELD and
HAUSFELD LLP

15
16

               Defendants.

17
18
19

CASE NO. C-13-0237 EMC

Hon. Edward M. Chen
Courtroom 5

**[PROPOSED] ORDER
GRANTING STIPULATED
REQUEST TO RESCHEDULE
CASE MANAGEMENT
CONFERENCE**

Action Filed:  January 17, 2013

20
21
22
23
24
25
26
27
28

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1    The Court, having read and considered the Stipulated Request to Reschedule

2    Case Management Conference, hereby GRANTS the stipulated request.

3    IT IS HEREBY ORDERED that the Case Management Conference is

4    continued to May 30, 2013 at 9:00 a.m. in Courtroom 5 of the above-captioned

5    court.

6

7        4/8/13

8    DATED: _____

9                                                Hon.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1

[PROPOSED] ORDER (C-13-0237-EMC)

## CERTIFICATE OF SERVICE

I, Daniel P. Hoffer, declare that I am over the age of eighteen (18) and not a party to the entitled action.  I am a partner in the law firm of VENABLE LLP, and my office is located at 2049 Century Park East, Suite 2100, Los Angeles, CA 90067.

On April 4, 2013, I caused to be filed the following: **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Daniel P. Hoffer
Daniel P. Hoffer

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1